UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NATHANIEL CHRISTOPHER,

       Petitioner,                                          <u>JUDGMENT</u>
                                                             06-CV-1575 (RRM)
    - against -

WILLIAM J. CONNOLLY,

       Respondent.
-----------------------------------------------------------X

       A Memorandum and Order of the undersigned having been issued this day granting defendant's motion to dismiss the instant habeas petition, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

       ORDERED ADJUDGED AND DECREED that petitioner take nothing of respondent; and that the instant habeas petition is dismissed with prejudice; and that this case is hereby closed.

Dated: Brooklyn, New York  
       March 28, 2013

*Roslynn R. Mauskopf*  
_____  
ROSLYNN R. MAUSKOPF  
United States District Judge